IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0254

FILED

SEP 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

J.S.L. and J.R.L.,

Youths in Need of Care.

O R D E R

---

Appellant Mother, by and through counsel, moves this Court for an order supplementing the record. The State has filed a response and opposes Mother's motion in part.

Mother appeals the Fourth Judicial District Court's April 9, 2020 decision to place the children with Father and dismiss Missoula County Cause No. DN-19-18 without prejudice. She seeks to add the following to the record on appeal: 1) court documents related to Father's 2017-2018 criminal case, and 2) the June 29, 2020 district court orders dismissing a different abuse and neglect proceeding involving Mother and her infant twins, along with the CFS motion to dismiss and affidavit that preceded these orders. The State concedes that the record should be supplemented with Father's criminal case records in Missoula County Cause No. DC 17-195, because the District Court took judicial notice of that case during these proceedings. However, unlike in Father's criminal case, the District Court did not take judicial notice of those records related to Mother and her infant twins in Missoula County Cause Nos. DN 19-87 and DN 19-88 during these proceedings. Nor were the cases listed as companion or related cases to J.S.L.'s or J.R.L.'s cases. Additionally, Mother seeks to supplement motions and orders that were filed well after the order from which Mother appeals.

This Court's review is based on records and information before the District Court at the time of its decision. In a direct appeal, this Court does not consider evidence outside the record made before the trial court. *See, e.g., Johnson v. Killingsworth*, 271 Mont. 1, 2, 894 P.2d 272, 273 (1995). The court documents from Mother's Cause Nos. DN 19-87 and DN 19-88 were not judicially noticed by the District Court in this case and occurred well after the order from which Mother appeals.

IT IS THEREFORE ORDERED that the motion to supplement the record with documents filed in Fourth Judicial District Cause Nos. DN 19-87 and DN 19-88 (Missoula County) is DENIED.

IT IS FURTHER ORDERED that the motion to supplement the record with documents filed in Father's criminal case, Fourth Judicial District Court Cause No. DC 17-195 (Missoula County), is GRANTED.

The Clerk of this Court is directed to file as part of the record on appeal the documents submitted as Exhibit A to Mother's Motion to Supplement. Mother's Exhibit B is rejected and shall not be made part of the record.

The Clerk is directed further to provide a copy of this Order to counsel of record.

DATED this 29 day of September, 2020.

Justices

2